407 P.2d 361

**STATE of New Mexico, Plaintiff-Appellee,**

**v.**

**William Clark REYNOLDS, Defendant-Appellant.**

**No. 7879.**

Supreme Court of New Mexico.

Nov. 1, 1965.

Atwood & Malone, Bob F. Turner, Roswell, for appellant.

Boston E. Witt, Atty. Gen., Oliver · E. Payne, Deputy Atty. Gen., Roy G. Hill,

**522**

Frank Bachicha, Jr., Asst. Attys. Gen., Santa Fe, for appellee.

MOISE, Justice.

This case presents the identical question decided this date in State v. Dalrymple, 75 N.M., 514, 407 P.2d 356, and the two cases were consolidated for argument here. The decision announced in State v. Dalrymple is controlling here, and this case is accordingly reversed and remanded to the trial court with instructions to grant a new trial on the information charging defendant as a habitual offender.

It is so ordered.

CARMODY, C. J., and CHAVEZ, NOBLE and COMPTON, JJ., concur.